ACCEPTED
12-17-00254-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/15/2018 11:51 AM
Pam Estes
CLERK

## IN THE COURT OF APPEALS FOR THE
## 12TH DISTRICT OF TEXAS AT TYLER

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/15/2018 11:51:11 AM
PAM ESTES
Clerk

**MICHAEL ANTHONY ANDERSON,**
 APPELLANT

v.

**THE STATE OF TEXAS,**
 APPELLEE

§
§
§
§
§
§

**No. 12-17-00254-CR**

## STATE'S FIRST MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO APPELLANT'S BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

**COMES NOW**, the State of Texas, by and through her Assistant District Attorney for Nacogdoches County, and tenders this motion for an extension of time to file the State's Answer to Appellant's Brief, pursuant to Texas Rules of Appellate Procedure 10.5(b) and 49.2. In support of this motion, the State would show the following:

I.

The case is styled *Michael Anthony Anderson v. The State of Texas*, and is an appeal from trial in the 420th District Court in Nacogdoches County, Texas, in cause number F1622741.

II.

Appellant's brief was filed on April 17, 2018, and the State's answer in the instant case is due on May 17, 2018. The State respectfully requests a 60-day

extension of time to file the State's answer so that the answer will be due on July 16, 2018. The State has not previously requested an extension of time to file an answer.

III.

The extension of time to file is not requested for the purpose of an improper delay but so that the State might adequately respond to Appellant's motion. The State alleges good cause exists for the extension due to counsel's preparation and work on other cases, namely:

- *The State of Texas v.Clifford Deearl Evans*, Cause Number F1723001, a jury trial which is scheduled for jury selection and trial on June 4th wherein the defendant is charged with Burglary of a Habitation;

- *The State of Texas v. Encarnacion Olivarez*, Cause Number F1823306, a jury trial which is scheduled for jury selection and trial on June 11th wherein the defendant is charged with Indecency and Aggravated Sexual Assault of a Child;

- Once these matters have been concluded, Appellee will have more time to devote to this Answer to Appellant's Brief.

- The State has also filed a Motion to Unseal Transcript with the trial court and is awaiting order of the Court for availability of that portion of the transcript.

**WHEREFORE**, premises considered, the State respectfully requests that the Court grant the instant motion and extend the time for filing the State's answer for 60 days, until July 16, 2018.

Respectfully submitted,

*Janet R. Cassels*

Janet R. Cassels

Assistant District Attorney
Nacogdoches County, Texas
State Bar No. 00794521
101 West Main Street, Ste. 250
Nacogdoches, TX 75961
Phone: (936) 560-7766
FAX: (936) 560-6036

## CERTIFICATE OF SERVICE

A true copy of the State's motion has been properly served on counsel for Appellant, Winfred Simmons via email, on this, the 15th day of May, 2018.

*Janet R. Cassels*

Janet R. Cassels
Assistant District Attorney
Nacogdoches County, Texas
State Bar No. 00794521
101 West Main Street, Ste. 250
Nacogdoches, TX 75961
Phone: (936) 560-7766
FAX: (936) 560-6036